IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Edward W. Nottingham**

Criminal Case No. 07–cr–00190–EWN

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  JOSE MANUEL ROMERO-SALAZAR,

    Defendant.

**ORDER AND NOTICE OF SETTINGS**

EDWARD W. NOTTINGHAM, Judge
Jamie L. Hodges, Secretary

    This matter is set for a three-day trial to a jury of twelve, plus alternates, commencing at 9:00 o'clock a.m. on Monday, **July 16, 2007**, in Courtroom A201 of the Alfred A. Arraj United States Courthouse.  Therefore, it is

    **ORDERED** that the deadline for filing all motions is June 15, 2007.  All responses shall be filed by June 22, 2007.  A hearing on the motions will be scheduled at a later date, if necessary.  Counsel shall notify the court as soon as possible =if a hearing will be necessary and how much time will be needed for the hearing.  It is further

    **ORDERED** that the clerk will forthwith transmit to a certified interpreter (selected by the clerk) a complete copy of the charging document.  Within five days of the date of this order, the

1

interpreter will translate the charging document, in writing, into Spanish and file the original and one copy with the court.  Defense counsel will be responsible for obtaining the Spanish version from the interpreter and seeing that it is promptly delivered to defendants.  Attached to the translation will be the interpreter's certificate that the written translation is a complete and correct copy of the charging document and that it has been made available to defense counsel.  It is further

**ORDERED** that a change of plea hearing is scheduled to commence at 10:30 o'clock a.m. on Friday, **July 6, 2007**.  The deadline for submitting the plea agreement and statement of facts relevant to sentencing and the statement by defendant in advance of plea of guilty is Tuesday, July 3, 2007.  Defense counsel is responsible for coordinating with the interpreter to ensure that both the plea agreement and statement of facts relevant to sentencing and the statement by defendant in advance of plea of guilty are translated, in writing, into Spanish, furnished to defendant, and signed by defendant in advance of the hearing on the change of plea.  Attached to the written translation of each document will be the interpreter's certificate that the written translation is a complete and correct interpretation of the document in question.  The Spanish version of the document will be tendered to the courtroom deputy clerk no later than commencement of the change of plea hearing so that it can be marked as an exhibit.

Dated: May 15, 2007